UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRIS MILBURN, and ANITA MILBURN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-35-TAV-HBG |
| | ) | |
| HUGH D. HUDGENS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RANDY SWISHER, SR., and PATRICIA SWISHER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-74-HBG |
| | ) | |
| DAVID WILLIAMS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Federal Rules of Civil Procedure, and Standing Order 13-02. Further, *Swisher v. Williams*, No. 3:17-CV-74 has been consented to the undersigned pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure for all further proceedings, including entry of judgment [Doc. 13].

Now before the Court are two Joint Motions Consolidating Cases for Purposes of Discovery [Docs. 22 and 20], filed in *Milburn* and *Swisher*, respectively. The Joint Motions request that the cases be consolidated for purposes of discovery only.

The Court has reviewed the pleadings in both of these cases and finds the requests well-taken. The Court finds that Federal Rule of Civil Procedure 42(a) permits the Court to consolidate

cases that present common questions of law or fact. The Court finds that these cases present common questions of law and fact and they involve similar parties. The Court finds that it is appropriate to consolidate the two actions for purposes of discovery. *See also* Fed. R. Civ. P. 42(a)(3) (stating that the court may issue any other orders to avoid unnecessary cost or delay). Furthermore, it appears that consolidation of discovery would further the interests of judicial administration and economy because the evidence in each case may overlap. *See* Fed. R. Civ. P. 1 (explaining that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). Accordingly, the Joint Motions Consolidating Cases for Purposes of Discovery [**Docs. 22 and 20**], filed in *Milburn* and *Swisher*, respectively, are **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge