UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRIS MILBURN, and ANITA MILBURN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-35-TAV-HBG |
| | ) | |
| HUGH D. HUDGENS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RANDY SWISHER, SR., and PATRICIA SWISHER, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-74-HBG |
| | ) | |
| DAVID WILLIAMS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Federal Rules of Civil Procedure, and Standing Order 13-02. Further, *Swisher v. Williams*, No. 3:17-CV-74 has been consented to the undersigned pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure for all further proceedings, including entry of judgment [Doc. 13].

Now before the Court are Plaintiffs' Motions to Compel [Docs. 27 and 25], filed in *Milburn* and *Swisher*, respectively. The Motions to Compel state that discovery was served on all Defendants on June 13, 2017, and that the Defendants have not responded to the discovery requests. The Court set a telephonic hearing to address both motions for October 3, 2017, at 1:30 p.m.

Prior to the telephonic motion hearing, the Plaintiffs contacted the Court to report that the discovery dispute had been resolved. The Plaintiffs orally moved to withdraw their Motions to Compel. Accordingly, per the Plaintiffs' representation to the Court, the Motions to Compel [**Docs. 27 and 25**], filed in *Milburn* and *Swisher*, respectively, are hereby **WITHDRAWN.** The telephonic hearing scheduled for **October 3, 2017**, is **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge