IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRIS MILBURN  and | ) | |
| ANITA MILBURN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO.:    3:17-cv-00035 |
| | ) | |
| HUGH D. HUDGENS, | ) | |
| SHORE TRUCKING COMPANY, INC., | ) | |
| DAVID A. WLLIAMS, and | ) | |
| AVERITT EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED NOTICE TO TAKE VIDEO DEPOSITION

To:    Louis Andrew McElroy, II, Law Office of Drew McElroy, 1348 Dowell Springs
Blvd., Knoxville TN 37909

Benjamin W. Jones, Lewis, Thomason, King, Krieg & Waldrop, PC, PO Box,
2425, Knoxville, TN 37901

Please take notice that Plaintiffs, will take the following depositions in accordance

with the Federal Rules of Civil Procedure, at the times and places indicated.

**Leon Cantrell**          **December 1, 2017**          **12:00 p.m. (EST)**

The video depositions will be taken at the offices of Lewis, Thomason, King,

Krieg & Waldrop, PC, 620 Market St., 5th Floor, Knoxville, TN 37901, before a duly

authorized court reporter videographer with Midwest Litigation Services.  Each

deposition will continue from day to day until it is completed.

The depositions will be taken in accordance with the Federal Rules of Civil

Procedure to be used for all purposes as provided for by said Rules.

Respectfully submitted,


/s/ Andrew S. Buchanan
Andrew S. Buchanan, #53824
BUCHANAN & WILLIAMS, P.C.
1105 E. 32nd St., Suite 5
Joplin, MO  64802-1582
Telephone:  417-623-8220
FAX:  417-781-9706
Email:  abuchanan@bwsattorneys.com


*ATTORNEYS FOR PLAINTIFF*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Tennessee by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record on this 10th day of November, 2017.


By: /s/ Andrew S. Buchanan
     Andrew S. Buchanan